884 P.2d 1148

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Carson | 17654 | 9/01/94 | Affirmed |
| State v. Bae | 17629 | 9/01/94 | Affirmed |
| State v. Rivera | 17625 | 9/01/94 | Affirmed |
| State v. Decota | 16497 | 9/01/94 | Affirmed and Remanded    877 P.2d 897 |
| Sato v. Tanaka | 16422 | 9/01/94 | Affirmed |
| Dickinson v. Tanaka | 16318 | 9/01/94 | Affirmed |
| State v. Holt | 16039 | 9/01/94 | Affirmed |
| Lincoln v. Oku | 16843 | 9/01/94 | Affirmed |
| State v. Graf | 17624 | 9/07/04 | Affirmed |
| Souza v. Sakata | 16676 | 9/27/94 | Vacated and Remanded |
| Olds v. Aloha Funway Rentals | 15776 | 9/27/94 | Dismissed |
| Tanaka v. Tanaka | 16142 | 9/28/94 | Affirmed |
| Smyth v. Pacific Int'l Holdings, Inc. | 16271 | 9/28/94 | Reversed and Remanded |
| Ragasa v. Greenberg | 16391 | 9/29/94 | Reversed and Remanded |
| Yogi v. Tanaka | 16649 | 9/30/94 | Affirmed |
| Fritz v. Tanaka | 17204 | 10/03/94 | Affirmed |
| Herlick v. Tanaka | 16650 | 10/03/94 | Affirmed |
| Gregory v. Tanaka | 16837 | 10/03/94 | Affirmed |
| Ham v. Tanaka | 16896 | 10/03/94 | Affirmed |
| Holt, In re Estate of | 17117 | 10/05/94 | Reversed |
| Smith v. State | 17419 | 10/10/94 | Vacated and Remanded |
| Cupp v. Namuo | 17430 | 10/11/94 | Affirmed |
| Coward v. State | 17461 | 10/11/94 | Dismissed |
| Camanga v. Tanaka | 16380 | 10/12/94 | Dismissed |
| Hartmann v. Namuo | 17471 | 10/12/94 | Affirmed |
| Mitsuda v. The Administrative Director of the Courts | 17542 | 10/12/94 | Affirmed |
| Williams v. Pia | 16586 | 10/17/94 | Vacated and Remanded |
| Fjaeran v. Sandhoff | 17260 | 10/17/94 | Affirmed |
| Maddox v. The Acting Administrative Director of the Courts | 17505 | 10/17/94 | Reversed |
| Jennings v. Tanaka | 16741 | 10/17/94 | Affirmed |
| Hirano v. Cho | 17740 | 10/18/94 | Affirmed |
| Makaneole v. Norman's Construction, Inc. | 15984 | 10/20/94 | Affirmed |
| Williams v. State | 16151 | 10/25/94 | Affirmed |
| Taniguchi v. Namuo | 17233 | 10/25/94 | Affirmed |
| State v. Kim | 16921 | 10/25/94 | Affirmed |
| Swenson v. Tanaka | 16444 | 10/27/94 | Affirmed |
| AIG Ins. Co., Inc. v. Vallejo | 17195 | 10/27/94 | Reversed and Remanded |